In re MAIRES. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) In the matter of the application of Samuel Evans Maires for admission to the bar.

PER CURIAM. Matter referred to Edward M. Shepard to take evidence and report as to the matters contained in the application, with his opinion thereon, on condition that the expenses of such reference are paid by the applicant.

GOODRICH, P. J., and HIRSCHBERG, J., dissent.